JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DURANT, | Case No. CV 18-8886 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CBN MEDIA GROUP, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of March, 2019.

/s/
Fernando M. Olguin
United States District Judge